**Kevin KASTEN, Plaintiff–Appellant,**

v.

**SAINT–GOBAIN PERFORMANCE PLASTICS CORP., Defendant–Appellee.**

No. 08–2820.

United States Court of Appeals,
Seventh Circuit.

May 26, 2011.

James H. Kaster, Minneapolis, MN, for Plaintiff–Appellant.

Anthony J. Sievert, Attorney, Whyte, Hirschboeck & Dudek S.C., Madison, WI, Thomas P. Godar, Attorney, Michael Best & Friedrich, Milwaukee, WI, for Defendant–Appellee.

Before WILLIAM J. BAUER, Circuit Judge, JOEL M. FLAUM, Circuit Judge, FREDERICK J. KAPALA, District Judge.*

**ORDER**

On March 22, 2011, the Supreme Court reversed our decision in this case and remanded the matter for proceedings in conformity with its opinion. *Kasten v. Saint–Gobain Performance Plastics Corp.,* ——

---

* The Honorable Frederick J. Kapala, of the United Stated District Court for the Northern

U.S. ——, 131 S.Ct. 1325, 179 L.Ed.2d 379 (2011). In light of that opinion—concluding that oral complaints fall within the scope of the phrase "filed any complaint" in 29 U.S.C. § 215(a)(3)—it is **ORDERED** that this case be remanded to the district court for further proceedings pertaining to Kasten's antiretaliation claim under the Fair Labor Standards Act.